# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL PAGE,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00600-MMD-WGC

ORDER

In this habeas corpus action, Respondents filed their answer on September 5, 2018 (ECF No. 29). After a 45-day extension of time, the petitioner, Daniel Page, was to file a reply to the answer by December 21, 2018. (*See* ECF No. 10 (45 days for reply); *see also ECF* No. 31 (45-day extension of time).)

On December 21, 2018, Page filed a motion for extension of time (ECF No. 32), requesting a second 45-day extension of time, to February 4, 2019, for his reply. Page's counsel states that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that Page's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 32) is granted. Petitioner will have until February 4, 2019, to file his reply.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered December 15, 2016 (ECF No. 10) will remain in effect.

///

///

///

1  DATED THIS 21st day of December 2018.

   _____
   MIRANDA M. DU,
   UNITED STATES DISTRICT JUDGE